**Order entered May 10, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00091-CV

**BYRON CURTIS COOK, Appellant**

**V.**

**RONALD SIMMONS, Appellee**

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-02850-2018**

## ORDER

Before the Court is appellant's May 7, 2019 unopposed motion for extension of time to file reply brief. We **GRANT** the motion and **ORDER** the reply brief be filed no later than June 5, 2019.

/s/     ERIN A. NOWELL
         JUSTICE